IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-CR-355-RCB-PCT |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Irvin Cepi, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk of the Court is hereby **ORDERED** to provide a copy of the attached correspondence (the May 26, 2013, letter from M. Ruiz, Correctional Counselor, Federal Bureau of Prisons, sent to this court), to Assistant United States Attorney Vincent Quill Kirby, and to defendant Irvin Cepi.

DATED this 31st day of July, 2013.

Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and defendant

U.S. Department of Justice
Federal Bureau of Prisons
United States Penitentiary
9300 South Wilmot Road
Tucson, AZ  85756

May 26, 2013

The Honorable Robert C. Broomfield
U.S. District Judge
District of Arizona

SANDRA DAY O'CONNOR U.S.

COURTHOUSE SUITE 130

401 W. WASHINGTON ST. SPC1

PHOENIX AZ 85025

Re: Cepi, Irvin
Register Number 80191-008
Criminal Case No. CR 03-00355-003-PCT-RCB
Judicial District

Dear Judge Broomfield:

This is to inform you that the Bureau of Prisons (BOP) can no longer collect on the above-inmate's restitution order in the amount of $4,463.04, through the Inmate Financial Responsibility Program (IFRP). As a result of the decision in Ward v. Chavez, 678 F.3d 1042 (9th Cir. 2012), it has been determined that the BOP lacks authority to collect restitution payments under the schedule in this restitution order. Specifically, we considered whether the restitution order was issued on or after April 24, 1996, whether the restitution was ordered "due immediately," and whether it lacked a payment schedule that could be applied during the inmate's imprisonment. We realize the value of the IFRP and its ability to encourage inmates to be responsible for their debts, and regret we are unable to assist with this particular order for restitution. If you have any questions, please feel free to contact our Legal staff at 520-663-5000 EX 5314.

Sincerely,

Ruiz, M.
Correctional Counselor